**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

<table>
<tr><td>

**FILED**

**Mar 13, 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

</td></tr>
</table>

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2272

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −156)**

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the
Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. §1407. *See* 802 F.Supp.2d 1374 (J.P.M.L. 2011). Since that time, 904 additional action(s)
have been transferred to the Northern District of Illinois. With the consent of that court, all such
actions have been assigned to the Honorable Rebecca R Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Northern District of Illinois and assigned to
Judge Pallmeyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the
consent of that court, assigned to the Honorable Rebecca R Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be
stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7−day period, the stay will be continued until further order of the Panel.

<table>
<tr><td>

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 13, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

</td></tr>
</table>

FOR THE PANEL:

 Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ ENJOLI FLETCHER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
March 13, 2013

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**                              MDL No. 2272

### SCHEDULE CTO−156 − TAG−ALONG ACTIONS


**DIST**     **DIV.**     **C.A.NO.**     **CASE CAPTION**


ALABAMA NORTHERN

   ALN        4        13−00361      Eubanks et al v. Zimmer, Inc. et al   13cv1939

CALIFORNIA EASTERN

   CAE        2        13−00367      Simmons v. Zimmer, Inc., et al.   13cv1940

FLORIDA NORTHERN

   FLN        4        13−00039      FEEHRER v. ZIMMER INC et al   13cv1941

NEW JERSEY

   NJ         2        13−01083      DIX et al v. ZIMMER HOLDINGS, INC. et al   13cv1942

NEW MEXICO

   NM         1        13−00180      Knisley v. Zimmer, Inc. et al   13cv1943

OHIO NORTHERN

   OHN        3        13−00357      Frederick v. Zimmer Inc. et al   13cv1944

OHIO SOUTHERN

   OHS        2        13−00147      Heskett v. Zimmer, Inc. et al   13cv1945

PENNSYLVANIA EASTERN

   PAE        5        13−00590      VISCOMI et al v. ZIMMER, INC. et al   13cv1946